# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0799
LT Case No. 2021-DR-1650

_____

CAMILLE ABBOUD,

    Appellant,

    v.

IRYNA R. ABBOUD

    Appellee.

_____

On appeal from the Circuit Court for St. Johns County.
Howard O. McGillin, Jr., Judge.

Camille Abboud, St. Johns, pro se.

Iryna E. Abboud, St. Johns, pro se.

March 21, 2025

PER CURIAM.

On February 7, 2025, upon its own motion, this Court issued an order to show cause directing Camille Abboud ("Appellant") to demonstrate why sanctions should not be imposed due to his repeated submission of material and matters outside the record, filing of briefs and appendices with multiple violations of the Florida Rules of Appellate Procedure despite an opportunity to amend, and his explicit intention to appeal every order as it is issued below.  *See* Fla. R. App. P. 9.410(a).  Having carefully

considered the response and finding it fails to show cause why sanctions should not be imposed, we dismiss this meritless appeal and bar Appellant from further pro se filings in this Court.

The parties were married in October 2012. In 2021, Iryna R. Abboud ("Appellee") filed a petition for dissolution of marriage and Appellant filed a counterpetition. After several pro se filings, the trial court entered an order finding Appellant to be a vexatious litigant.[1] Since 2023, Appellant has filed eight appeals in this Court: 5D2023-3383 (dismissed and sanctioned[2]); 5D2023-3455 (denied); 5D2023-3463 (denied); 5D2023-3482 (dismissed); 5D2024-0799 (instant appeal); 5D2024-0831 (affirmed); 5D2024-2799 (pending); 5D2025-0061 (same).

In the instant appeal, Appellant challenges a nonfinal contempt and fee order that was issued after he refused to pay child support. His initial brief and appendix were stricken because they failed to comply with the Florida Rules of Appellate Procedure and contained materials and matters outside the record. Appellant submitted a nearly identical amended initial brief and appendix that included additional materials and matters outside the record and continued to violate the appellate rules. Moreover, Appellant explicitly stated his intention to continue to appeal all orders rendered below as they are issued.

As a result of Appellant's history of repetitious and frivolous pro se filings and in an effort to conserve judicial resources, Appellant is prohibited from any further pro se filings concerning St. Johns County Circuit Court Case No. 2021-DR-1650. *See Schofield v. State*, 244 So. 3d 154, 156 (Fla. 2018) (rejecting any future filings from defendant who filed successive and meritless appeals including in his child custody and divorce proceedings). The Clerk of this Court is directed not to accept any further pro se

[1] This order was the subject of a previous appeal (5D2023-3463), which was treated as a petition for writ of certiorari and writ of prohibition and subsequently denied.

[2] In this appeal, sanctions were imposed after Appellant's second amended initial brief and appendix were stricken for failure to comply with the Florida Rules of Appellate Procedure.

filings concerning the referenced case. Any future filings regarding the referenced case will be summarily rejected by the Clerk, unless filed by a member in good standing of The Florida Bar. *See Gutierrez v. Gutierrez*, 49 Fla. L. Weekly D2440 (Fla. 3d DCA Dec. 4, 2024), *review dismissed sub nom., Gutierrez v. In Re Gutierrez*, No. SC2024-1782, 2025 WL 325963 (Fla. Jan. 28, 2025), *reinstatement granted*, No. SC2024-1782, 2025 WL 342830 (Fla. Jan. 30, 2025).

DISMISSED; APPELLANT PROHIBITED.

SOUD, BOATWRIGHT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____